IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

REGINA ANDERSON,

          Plaintiff,

v.                          CIVIL ACTION NO.   5:13-cv-25760

LIBERTY MUTUAL INSURANCE COMPANY, et al.,

          Defendants.

**ORDER**

After careful review of the docket in this matter, the Court notes that the Plaintiff has failed to file a brief in support of her motion for fees and costs associated with the removal of this matter from the Wyoming County Circuit Court. Specifically, the Court's *Memorandum Opinion and Order* (Document 23) filed on August 8, 2014, required that the Plaintiff "submit briefing to support her calculation of applicable costs **no later than August 18, 2014**." (*Id.* at 11) (emphasis in original.) To date, the Plaintiff has not submitted any briefing, nor requested an extension of the August 18, 2014 date.

Accordingly, the Court construes the motion for fees and costs to have been abandoned or withdrawn, and **ORDERS** that the Plaintiff's motion for fees and costs be **DENIED**. The Court further **ORDERS** that the stay of the remand be **LIFTED**, and that his matter be **REMANDED** to the Circuit Court of Wyoming County, West Virginia.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to the Clerk of the Circuit Court of Wyoming County, West Virginia, to counsel of record and to any unrepresented party.

        ENTER:       October 2, 2014

*[signature]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA